■ In the Matter of DAVID J. CLOVSKY, as Commissioner of Social Services, on Behalf of THERESA AA., Respondent, v RONALD BB., Appellant. [605 NYS2d 520] —Appeal from an order of the Family Court of Chemung County (Bonsignore, H.E.), entered February 25, 1993, which, *inter alia*, granted petitioner's application, in a proceeding pursuant to Family Court Act article 5, to adjudicate respondent as the father of a child born to Theresa AA.

In our view, Family Court's adjudication of respondent's paternity was supported by clear and convincing evidence in the record. This evidence consisted of the mother's uncontradicted testimony and genetic blood marker tests indicating a 99.66% probability of paternity.

Weiss, P. J., Mikoll, Mercure, Cardona and Mahoney, JJ., concur. Ordered that the order is affirmed, without costs.

■ In the Matter of the Claim of ANGEL L. GONZALEZ, Appellant. MOUNT SINAI HOSPITAL, Respondent; JOHN F. HUDACS, as Commissioner of Labor, Respondent. [605 NYS2d 521] — Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 19, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Claimant was employed as a hospital porter. It is undisputed that claimant altered the date of his scheduled Grand Jury service on documents presented to his employer in misrepresenting the reason for his absence from work. These actions clearly constitute misconduct and support the Board's decision.

Weiss, P. J., Mikoll, Mercure, Cardona and Mahoney, JJ., concur. Ordered that the decision is affirmed, without costs.